UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Hector M. Caldera__   JOINT DEBTOR: __Arelys Moncada Caldera__ CASE NO.: __11- 30008- RAM__
Last Four Digits of SS# __8466__   Last Four Digits of SS# __3172__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.  $ __200.00__ for months __1__ to __60__ ;
    B.  $ _____ for months ____ to ____ ;
    C.  $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __4,250.00 +175.00 Costs__   TOTAL PAID $ __1,600.00__
Balance Due   $ __2,825.00__ payable $ __166.18__/month (Months __1__ to __17__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____
Address: _____
_____
Account No: _____

Arrearage on Petition Date $ _____
Arrears Payment $ _____/month (Months ____ to ____ )
Regular Payment $ _____/month (Months ____ to ____ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America (2nd Mtg) Acct # xxxxx8899 | Homestead property located at 18002 SW 87 PL Palmetto Bay, FL 33157 $214,000.00 | 0 % | $0.00 | __1__ To __60__ | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $ _____
                     Payable  $ _____/month (Months ____ to ____ )

Unsecured Creditors: Pay $ __13.82__ month (Months __1__ to __17__ ), $ __180.00__ month (Months __18__ to __60__ )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:   Wells Fargo Home Mortgage (1st Mtg) is current and being paid outside the Chapter 13 Plan. Bank of America (2nd Mtg) is being stripped off through the Chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____          _____/s_____
Debtor                                                       Joint Debtor
Date: __8/2/11__                                          Date: __8/2/11__

LF-31 (rev. 01/08/10)