**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
DEBTOR: __Hector M. Caldera__   JOINT DEBTOR: __Arelys Moncado Caldera__   CASE NO.: __111-30008-RAM__
Last Four Digits of SS# __8466__   Last Four Digits of SS# __3172__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $__200.00__ for months __1__ to __60__;
B. $_____ for months ____ to ____;
C. $_____ for months ____ to ____; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ __4,250.00 +175.00 Costs__   TOTAL PAID $ __$1,600.00__
Balance Due   $__2,825.00__ payable $__166.18__/month (Months __1__ to __17__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date   $_____
Address: _____   Arrears Payment   $_____/month (Months __ to __)
_____   Arrears Payment   $_____/month (Months __ to __)
Account No: _____   Regular Payment   $_____/month (Months __ to __)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America (2nd Mtg) Acct #8899 | Homestead Property 18002 SW 87th PL Palmetto Bay, FL 33157 $214,000.00 | 0% | $0.00 | 1 to 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1._____Total Due_____Payable$____/month (Months___ to ___)

Unsecured Creditors: Pay $__13.82__ month (Months __1__ to __17__), Pay $ __180.00__ month (Months __18__ to __30__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Wells Fargo Home Mortgage (1st Mtg) is current and being paid outside the chapter 13 plan. Bank of America (2nd Mtg) is being stripped off through the chapter 13 plan. If the debtor receives gambling winnings during thependency of the plan the debtor shall turn over any gross winnings to the Chapter 13 Trustee for the benefit of theunsecured creditors.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____
Debtor

Date: __11/15/11__