UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:  
HECTOR M. CALDERA  
XXX-XX-8466  
ARELYS MONCADA CALDERA  
XXX.XX-3172  

PROCEEDINGS UNDER CHAPTER 13  
CASE NO.: 11-30008-RAM

_____ Debtors _____ /

## MOTION TO ALLOW DEBTOR TO ENTER INTO A LOAN MODIFICATION AGREEMENT WITH WELLS FARGO BANK

**COMES NOW**, the debtor(s), Hector M. Caldera and Arelys Moncada Caldera, by and through the undersigned counsel, and moves this Honorable Court for an Order Granting Debtor's Motion for Permission to Enter into a Modification Agreement with Wells Fargo Bank and as grounds therefore would show:

1. Debtor(s) filed a voluntary petition for bankruptcy under Chapter 13 on July 19, 2013.

2. Wells Fargo Bank, secured creditor maintains a security interest in debtor's real property located at: 18002 SW 87th Place, Palmetto Bay, FL 33157, legally described as: SECTION 21 BEL-AIRE PB 95-50 LOT 4 BLK 80 LOT SIZE 125.000 X 120 OR 15745-4307 1292 1 F/A/U 30-5033-032-0630 OR 15745-4307 1292 00 of the public records of Miami-Dade County, Florida.

3. Debtor has requested a loan modification agreement with Wells Fargo Bank.

4. The general terms of the loan modification are attached to the subject motion (see Exhibit "A").

5. Time is of the essence, as Wells Fargo Bank has stated that the loan modification could be denied if the order granting said motion is not granted as soon as possible.

6. Wells Fargo Bank, has requested an Order Allowing Debtors' to enter into a Loan Modification Agreement..

**WHEREFORE,** the debtors, Hector M. Caldera and Arelys M. Caldera, respectfully requests this Court enter an Order Granting Debtor's Motion to Allow Debtors to Enter into a Loan Modification Agreement with Wells Fargo Bank.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Respectfully submitted,
**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor
198 NW 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855

_____/s/ (FILED CM/ECF)_____
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992



08/19/2013

PATRICK L CORDERO, ESQ
198 NW 37 AVE
MIAMI, FL 33125

Subject: Loan modification proposal
Borrower(s): **HECTOR M CALDERA**
Bankruptcy No.: 11-30008
Account No.: 0055474654
Property Address: 18002 SW 87TH PL
MIAMI FL 33157

### Account Information

| | |
|---|---|
| Fax: | 1-866-359-7234 |
| Telephone: | 1-877-311-3581 |
| Correspondence: | PO Box 10335 Des Moines, IA 50306 |
| Hours of operation: | Mon -Thur, 7 a.m. -10 p.m.; Fri, 7 a.m. -8p.m.; Sat, 7 a.m. – 6 p.m.; Sun, 9 a.m. – 8p.m. CT |
| Loan number: | 0055474654 |
| Property address: | 18002 SW 87TH PL MIAMI FL 33157 |

Dear PATRICK L CORDERO, ESQ:

We have received consent from your office to discuss workout options with your client. We can offer your client a plan that we hope is workable to both parties.

The modification we propose includes the following changes:

| Current Terms | | Proposed Modified Terms | |
|---|---|---|---|
| Current Unpaid Balance | $230,305.40 | Modified Unpaid Balance | $272,071.82 |
| Current Maturity Date | 11/01/2034 | Modified Mortgage Term | 09/01/2053 |
| Current Interest Rate | 3.250% | Interest Rate | 4.000% |
| Current Payment Due Date | 02/01/2011 | Post Modification Due Date | 10/01/2013 |
| Current Principal & Interest | $1,158.10 | Post Modification Principal & Interest | $1,137.09 |
| Current Payment Amount | $1,797.79 | Estimated Modified Payment amount | $1,852.43 |
| Amount Capitalizing | $41,766.42 | Contribution Required | $0.00 |

**Your important next steps**
Please review the proposal with your client. If the terms meet your approval, the next step is to file a petition with the bankruptcy court to gain their consent to modify the first mortgage. Your client will need to continue to make their trial period payments if applicable while we are waiting for consent from the court. When you receive written consent, please forward it to my attention. Once received, we will send the loan documents to you and your attorney for original signatures. We will then withdraw any proof of claim in this case and process the modification as noted.

If the case has already closed, forward to us a copy of the release. If the terms are not satisfactory to you, please contact us and we will close the file with no further actions. **Approval of the loan modification is contingent on court consent or release of the case.**

**If your client is seeking a reaffirmation**
If your client intends to reaffirm, please provide us with the agreement specific to your district. With regard to a bankruptcy, we do not have a standard reaffirmation agreement to extend because requirements vary from district to district. Once we receive your district-specific agreement, we will complete the required entries and return it to your office for the required undue hardship analysis and filing with the respective court.

**Call me today if you have any questions**
If you or your client has questions about the information in this letter, please call me at the number below.

Sincerely,


Home Preservation Bankruptcy Specialist
PAMELA BROOKS
877-393-3751 Ext. 32016

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2012 Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. NMLSR ID 399801