

ORDERED in the Southern District of Florida on September 20, 2013.

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| In Re: | PROCEEDINGS UNDER CHAPTER 13 |
| HECTOR M. CALDERA | CASE NO.: 11-30008-RAM |
| XXX-XX-8466 | |
| ARELYS MONCADA CALDERA | |
| XXX.XX-3172 | |
|                         Debtors    / | |

**ORDER GRANTING DEBTORS' MOTION TO ALLOW DEBTOR TO ENTER INTO A LOAN MODIFICATION AGREEMENT WITH WELLS FARGO BANK.**

THIS CASE came on to be heard on September 17, 2013 upon Debtors' Motion to Allow Debtor to Enter into a Loan Modification Agreement with Wells Fargo Bank, and based upon the record, it is

**ORDERED** as follows**:**

1. That Debtors' Motion to Allow Debtor to Enter into a Loan Modification Agreement with Wells Fargo Bank, is GRANTED.

###

Attorney **Patrick L. Cordero** is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.