

ORDERED in the Southern District of Florida on August 16, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | PROCEEDINGS UNDER CHAPTER 13 |
| HECTOR M. CALDERA | CASE NO.: 11-30008-RAM |
| XXX-XX-8466 | |
| ARELYS MONCADA CALDERA | |
| XXX.XX-3172 | |
| **Debtors    /** | |

### ORDER GRANTING MOTION FOR PERMISSION TO ENTER INTO A MODIFICATION AGREEMENT WITH WELLS FARGO HOME MORTGAGE

THIS CAUSE came on to be heard on August 11, 2015 at 9:00 a.m., upon the Debtor's Motion for Permission to enter into a Modification Agreement with Wells Fargo Home Mortgage and based upon the record, it is

**ORDERED** as follows:

1. That the Motion is hereby **GRANTED.**

2. The debtor is allowed permission to enter into a loan modification with Wells Fargo Home Mortgage.

(###)

Attorney **Patrick L. Cordero** is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.